Docket as of August 18, 2004 9:08 pm                Web PACER (v2.4-EDLA)

# U.S. District Court
## USDC for the Eastern District of Louisiana (New Orleans)

### CIVIL DOCKET FOR CASE #: 04-CV-1489

### Mull v. Pfizer Inc

04cv12277
PBS

Filed: 05/26/04
Assigned to: Judge Jay C Zainey
Jury demand: Plaintiff
Demand: $0,000
Nature of Suit: 360
Lead Docket: None
Jurisdiction: Federal Question
Dkt# in other court: None
Cause: 28:1332 Diversity-Personal Injury

---

| | |
|---|---|
| DEBRA MULL, individually and on behalf of her minor son, Brandon Laiche, and on behalf of other similarly situated plaintiff | Joseph M. Bruno<br>504-581-1493 FAX<br>[COR LD NTC]<br>David Scott Scalia<br>504-581-1493 FAX<br>[COR]<br>Stephanie M. Bruno<br>504-581-1493 FAX<br>[COR]<br>Bruno & Bruno<br>855 Baronne St.<br>New Orleans, LA 70113<br>(504) 525-1335 |
| v. | |
| PFIZER INC, individually and as successor in interest to Parke-Davis and Warner Lambert defendant | |

## DOCKET PROCEEDINGS

DATE     # IMG          DOCKET   ENTRY

5/26/04   1    [PDF]   COMPLAINT; 1 summons issued (gw) [Entry date 05/26/04]

| Date | # | Entry |
|---|---|---|
| 5/26/04 | -- | Payment of filing fee by plaintiff Debra Mull in amount of $ 150.00 (gw) [Entry date 05/26/04] |
| 6/7/04 | 2 | Copy of plas' mtn for the MDL Panel to transfer the actions listed in Schedule 1 to USDC, District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 USC 1407. (gw) [Entry date 06/07/04] |
| 6/23/04 | 3 | Plas' memorandum in opposition to ASEA/AFSCME Local 52 Health Benefits Trust's & Brian Krath's mtn to transfer pursuant to 28 USC 1407 & to consolidate into MDL No. 1479. (original filed in MDL Panel) (gw) [Entry date 06/24/04] |
| 6/24/04 | 4 | RETURN OF SERVICE of summons and complaint upon defendant Pfizer Inc on 6/22/04 (gw) [Entry date 06/24/04] |
| 6/24/04 | 5 | WAIVER OF SERVICE of summons and complaint sent to defendant Pfizer Inc on 6/4/04 (car) [Entry date 06/25/04] |
| 7/12/04 | 6 | ORDER Case reassigned to Judge Carl J. Barbier by Judge Jay C. Zainey Date Signed: 7/9/04 (gw) [Entry date 07/12/04] |
| 7/13/04 | 7 | ORDER: On 7/9/04, this Court inadvertently issd an order transferring the case to Sec J of this Court; ORDERED that this Court's M.E. of 7/9/04 [6-1] is VACATED; by Judge Jay C. Zainey (gw) [Entry date 07/14/04] |
| 8/16/04 | 8 | Notice from MDL Panel of hrg set for 9/30/04 to consider the matters set forth herein (RE: MDL1629) (plh) [Entry date 08/18/04] |

Case Flags:
MAG-3

END OF DOCKET: 2:04cv1489

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/27/2004 13:28:54 | | | |
| PACER Login: | us2510 | Client Code: | |
| Description: | docket report | Search Criteria: | 2:04cv01489 |

| Billable Pages: | 2 | Cost: | 0.14 |