UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

FILED
IN CLERK'S OFFICE

LORETTA G. WHYTE
CLERK

2004 NOV 17  P 2: 36

500 POYDRAS ST., ROOM C-151
NEW ORLEANS, LA 70130

November 8, 2004

U.S. DISTRICT COURT
DISTRICT OF MASS.

Mr. Tony Anastas
Clerk, United States District Court
District of Massachusetts
United States Courthouse
1 Courthouse Way
Boston, MA 02210

Re:    Multidistrict Litigation No. 1629
       Debra Mull
              vs.
       Pfizer Inc
       Civil Action No. 04-1489 A (3)
       Your Case No. C.A. 1:04cv12277 PBS
       Lead Case No.  CA 1:04cv10739 PBS

Dear Mr. Tony Anastas:

    Pursuant to an order of the Multidistrict Litigation Panel to transfer the above-captioned case under Title 28 U.S.C. 1407, to the District of Massachusetts, I am forwarding herewith the entire original record together with a copy of the order of transfer and a certified copy of the docket sheet.

    Please acknowledge receipt on the enclosed copy of this letter.

                           Very truly yours,

                           LORETTA G. WHYTE, CLERK

                           By _____
                              Deputy Clerk

Enclosures