BEFORE THE JUDICIAL PANEL

ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| In re: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | § § § § | MDL Docket No. 1629 |
| THIS DOCUMENT APPLIES TO:<br><br>DEBORAH MULL, ET AL.<br><br>VERSUS<br><br>PFIZER, INC., individually and as successor in interest to PARKE-DAVIS and WARNER LAMBERT | § § § § § § § § § § § § § § | ED, La., NO: 04-1489(B)(2) |

MOTION FOR LEAVE TO FILE SUPPLEMENTAL AND AMENDING COMPLAINT TO SUBSTITUTE NAMED REPRESENTATIVE PLAINTIFF

**NOW INTO COURT**, through undersigned counsel comes plaintiffs who move this Honorable Court for an Order allowing the Complaint to be Supplemented and Amended in accordance with Fed.R.Civ.P. 15(a) by striking as the named representative plaintiff Deborah Mull on behalf of her minor son Brandon Laiche, and adding as the named representative plaintiff DAVID P. ALLEMOND, a person of the age of majority and resident of the Parish of

Jefferson, State of Louisiana, on behalf of himself and all others similarly situated.

Allowing this requested substitution of representative plaintiffs does not change the substance of the class actions complaint's allegations, rather it merely replaces a named representative plaintiff with one more representative of the class.

Respectfully submitted,

**BRUNO & BRUNO**

Joseph M. Bruno, Esq. (3604)
David S. Scalia, Esq. (21369)
Stephanie May Bruno, Esq. (24166)
855 Baronne Street
New Orleans, Louisiana 70113
PH: (504) 525-1335
FX: (504) 581-1493
EM: jbruno@brunobrunolaw.com
    dscalia@brunobrunolaw.com

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing pleading on all counsel of record by placing same in the United States mail, properly addressed and first class postage pre-paid, or by fax or e-mail this 24th day of June, 2005.