BEFORE THE JUDICIAL PANEL

ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| In re: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | § § § § | MDL Docket No. 1629 |
| THIS DOCUMENT APPLIES TO:<br><br>DEBORAH MULL, ET AL.<br><br>VERSUS<br><br>PFIZER, INC., individually and as successor in interest to PARKE-DAVIS and WARNER LAMBERT | § § § § § § § § § § § § § | ED, La., NO: 04-1489(B)(2) |

SUPPLEMENTAL AND AMENDING COMPLAINT TO SUBSTITUTE NAMED
REPRESENTATIVE PLAINTIFF

NOW INTO COURT, through undersigned counsel come plaintiffs who wish to supplement and amend this class action complaint by striking as the named representative plaintiff Deborah Mull on behalf of her minor son Brandon Laiche, and adding as the named representative plaintiff DAVID P. ALLEMOND, a person of the age of majority and resident of the Parish of Jefferson, State of Louisiana, on behalf of himself and all others similarly situated.

I.

At all times relevant herein, Plaintiff purchased Neurontin which was prescribed to him for the treatment of peripheral neuropathy following a liver transplant, and was unaware that there is no clinically significant evidence tending to demonstrate that Neurontin has any efficacy or is safe with respect to such use.

II.

Plaintiff re-avers and re-alleges each and every other allegation of the original Complaint as if restated herein in their entirety including the class allegations and prayer for relief.

WHEREFORE, Plaintiff prays that after considering the above, that Deborah Mull on behalf of her minor son Brandon Laiche be struck as the named representative plaintiff and that DAVID P. ALLEMOND be substituted as the named representative plaintiff, and taht after considering the above as well as the law and facts of this case that this Honorable Court will certify this action as a class of Plaintiffs, as described *supra*, and ultimately find in favor of Plaintiff and the class he represents, thus awarding all equitable and legal damages, including attorneys' fees, to Plaintiff and the Plaintiff class.

Respectfully submitted,

**BRUNO & BRUNO**

_____
Joseph M. Bruno, Esq. (3604)
David S. Scalia, Esq. (21369)
Stephanie May Bruno, Esq. (24166)
855 Baronne Street
New Orleans, Louisiana 70113
PH: (504) 525-1335

FX: (504) 581-1493
EM: jbruno@brunobrunolaw.com
dscalia@brunobrunolaw.com

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing pleading on all counsel of record by placing same in the United States mail, properly addressed and first class postage pre-paid, or by fax or e-mail this 24th day of June, 2005.

_____