BEFORE THE JUDICIAL PANEL

ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No. 1629 |
| THIS DOCUMENT APPLIES TO: | ED, La., NO: 04-1489(B)(2) |
| DEBORAH MULL, ET AL. | |
| VERSUS | |
| PFIZER, INC., individually and as successor in interest to PARKE-DAVIS and WARNER LAMBERT | |

ORDER

Considering the above and foregoing Motion for Leave to File Supplemental and Amending Complaint to Substitute Named Representative Plaintiff,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion is GRANTED and that the plaintiff be and is hereby granted leave to file the Supplemental and Amending Complaint.

New Orleans, Louisiana, this _____ Day of June, 2005.

_____
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing pleading on all counsel of record by placing same in the United States mail, properly addressed and first class postage pre-paid, or by fax or e-mail this 24th day of __June__, 2005.

_____